UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD FISCHER,

            Plaintiff,

vs.                    Case No.  2:03-cv-663-FtM-29DNF

CAROL SUE COVELL, DEBORAH LEOCI, and
DIANE DRAMKO,

            Defendants.
_____

**ORDER**

This matter comes before the Court on plaintiff's Motion for Summary Judgment (Doc. #104) against defendant Deborah Leoci and Motion for Summary Judgment (Doc. #105) against defendant Carol Sue Covell, both filed on January 25, 2006.

Summary judgment is appropriate only when the Court is satisfied that "there is no genuine issue at to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). In the summary judgment context, the Court must construe *pro se* pleadings more liberally than those of a party represented by an attorney. Loren v. Sasser, 309 F.3d 1296, 1301 (11th Cir. 2002).

Plaintiff seeks summary judgment against Deborah Leoci asserting that because her Answer (Doc. #98) was not served upon plaintiff or otherwise received, it should be deemed that no Answer has been filed. Although it is possible that plaintiff did not receive a copy of the Answer, the Court is not inclined to find that the facts are undisputed or that plaintiff is entitled to

summary judgment on that basis. The motion will be denied as to this defendant and plaintiff will be provided a copy of the Answer.

Plaintiff also seeks summary judgment against Carol Sue Covell as no responsive pleading has been filed. The Process Receipt and Return (Doc. #103) reflects that Carol Sue Covell a/k/a Carol Sue Barber was served on December 7, 2005, and no response has been filed. Although the Court does not find that summary judgment is appropriate for failure to respond, plaintiff may seek a default by the Clerk under Fed. R. Civ. P. 55(a).[1]

Accordingly, it is now

**ORDERED**:

1. Plaintiff's Motion for Summary Judgment (Doc. #104) against defendant Deborah Leoci is **DENIED.**

2. The Clerk shall forward plaintiff a copy of defendant Deborah Leoci's Answer (Doc. #98).

3. Plaintiff's Motion for Summary Judgment (Doc. #105) against defendant Carol Sue Covell (Doc. #) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __27th__ day of January, 2006.

JOHN E. STEELE
United States District Judge

---

[1] Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."